UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MIGUEL TORRES,

                Plaintiff,

  -against-

METRO-NORTH RAILROAD COMPANY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 10782 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on April 27, 2021 at 9:30 a.m. is hereby cancelled.

Dated: April 21, 2021
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE