**Cahill & Perry, P.C.**
Attorneys At Law
www.trainlaw.com

Scott E. Perry, Esq.

scott@trainlaw.com

CAHILL & PERRY, P.C.

43 Trumbull Street
New Haven, CT 06510
Tel: 203-777-1000
Fax: 203-865-5904

New York Office
Chrysler Building
405 Lexington Avenue, 26th Floor
New York, NY 10174
Tel: (212) 453 7300

Boston Office
470 Atlantic Avenue, 4th Floor
Boston, MA 02210
(617) 217-2920

PLEASE REPLY TO NEW HAVEN OFFICE

July 1, 2021

**VIA ECF**

Hon. George B. Daniels, U.S.D.J.
Daniel Patrick Moynihan
500 Pearl Street
New York, New York 10007-1312

RE: <u>Miguel Torres vs. Metro-North Railroad Company</u>
C.A. No. 1:20-cv-10782-GBD

**SO ORDERED:**

The status conference is adjourned from July 13, 2021 to August 31, 2021 at 9:45 a.m.

*George B Daniels*
GEORGE B. DANIELS

Dear Judge Daniels:

This joint letter is a status report and request for adjournment of the July 13, 2021 status conference.

The plaintiff and defendant responded to the opposing party's first set of interrogatories and requests for documents in May 2021. In June, the defendant indicated that it intends to admit liability. The defendant intends to depose plaintiff on the issue of damages after receipt of all medical records directly from his medical providers. After the plaintiff is deposed, the defendant may have an independent medical examination done of the plaintiff.

The plaintiff is scheduled to be examined by his own retained medical expert on July 9, 2021 and expects to disclose the retained medical expert's report by August 21, 2021. The plaintiff also intends to depose one or two representatives of the defendant's Occupational Health Services Department in July/August. The plaintiff does not intend to depose any medical expert that may be disclosed by the defendant.

The parties respectfully and jointly request an adjournment of the status conference currently scheduled for 9:45 a.m. on July 13, 2021 to a later date to be set by the Court.

Respectfully,

Scott E. Perry

Alan Muraidekh