UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
MIGUEL TORRES,

                     Plaintiff,

    -against-

METRO-NORTH RAILROAD COMPANY,

                     Defendant.

------------------------------------ x

ORDER

20 Civ. 10782 (GBD)

GEORGE B. DANIELS, District Judge:

    The status conference is adjourned from August 31, 2021 to December 7, 2021 at 9:45 a.m.

    The final pretrial conference is adjourned from November 23, 2021 to March 8, 2022 at 9:45 a.m.

Dated: July 28, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE