UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
MIGUEL TORRES,                       :
                                     :
                    Plaintiff,       :
      -against-                      :
                                     :          ORDER
METRO-NORTH RAILROAD COMPANY,        :
                                     :          20 Civ. 10782 (GBD)
                    Defendant.       :
                                     :
                                     :
------------------------------------ x

GEORGE B. DANIELS, District Judge:

The final pretrial conference scheduled to occur on April 5, 2022 is hereby cancelled in light of this Court's referral to Magistrate Judge Parker for settlement.

Dated: March 30, 2022
       New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE