UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

MIGUEL TORRES,

                       Plaintiff,

    -against-

METRO-NORTH RAILROAD COMPANY,

                       Defendant.

------------------------------------ x

ORDER

20 Civ. 10782 (GBD)

GEORGE B. DANIELS, District Judge:

    A pretrial conference is set for October 5, 2022, at 9:30 am.

Dated: September 12, 2022
       New York, New York

                                    SO ORDERED.

                                    GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE