UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
 

MIGUEL TORRES,

      Plaintiff,

 -against-

METRO-NORTH RAILROAD COMPANY,

      Defendant.

------------------------------------ x

ORDER

20 Civ. 10782 (GBD)

GEORGE B. DANIELS, District Judge:

 Plaintiff's letter motion to adjourn the pretrial conference set for January 31, 2023, is GRANTED. The pretrial conference is adjourned to February 21, 2023, at 9:45am.

 The Clerk of Court is directed to close the open motion at ECF No. 45.

Dated: January 3, 2023
   New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE