```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
MIGUEL TORRES,                                                       :
                                                                     :
                                     Plaintiff,                      :
                                                                     :           20-cv-10782 (LJL)
                  -v-                                                :
                                                                     :                ORDER
METRO-NORTH RAILROAD COMPANY,                                        :
                                                                     :
                                     Defendant.                      :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/09/2023

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of two evidentiary motions from plaintiff Miguel Torres ("Plaintiff"). *See* Dkt. Nos. 38, 42.  Defendant Metro-North Railroad Company ("Defendant") has not responded to either.  If Defendant does not respond by Monday, February 13, 2023 at 12:00 p.m., the Court will consider the motions based solely on Plaintiff's papers.

      SO ORDERED.

Dated: February 9, 2023
       New York, New York

                                                  LEWIS J. LIMAN
                                       United States District Judge