UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____X

| | |
|---|---|
| MIGUEL TORRES, | CIVIL ACTION |
| Plaintiff | NO. 1:20-cv-10782-LJL |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, | MARCH 22, 2023 |
| Defendant | |

_____X

### JUDGMENT

This action came before the Court for a trial by jury.

On March 22, 2023, after deliberation, the jury rendered a verdict for the plaintiff Miguel Torres in the amount of $6,250,000.00.

ORDERED, ADJUDGED and DECREED: That judgment is entered for the plaintiff Miguel Torres in the amount of Six Million, Two Hundred and Fifty Thousand Dollars ($6,250,000.00) and costs.

Dated: New York, New York

March 22, 2023

_____
U.S.D.J.

This document was entered on the docket on:
March 22, 2023