**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
**MIGUEL TORRES,**

                Plaintiff,

  -against-                                                  20 **CIVIL** 10782 (LJL)

## AMENDED JUDGMENT

**METRO-NORTH RAILROAD COMPANY,**

                Defendant.
------------------------------------------------------------X


This action came before the Court for a trial by jury.

On March 22, 2023, after deliberation, the jury rendered a verdict for the plaintiff Miguel Torres in the amount of $6,250,000.00.

On July 12, 2023, the Court remitted pain and suffering damages from $6,000,000 to $2,000,000, remitted the past lost wages and benefits damages from $250,000 to $78,100, and ordered the plaintiff to choose between a new trial on damages or a reduced verdict in the amount of $2,078,100.

On July 13, 2023, the plaintiff accepted the reduced verdict in the amount of $2,078,100.

ORDERED, ADJUDGED and DECREED: That the Judgment dated March 22, 2023, is reduced to Two Million, Seventy-Eight Thousand and One Hundred Dollars ($2,078,1 00.00) and costs.

**Dated:**  New York, New York
           August 15, 2023


                                                                               **RUBY J. KRAJICK**

                                                                                     **Clerk of Court**
                                                   **BY:**
                                                                                     **Deputy Clerk**